# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL JOELSON, and JUAN VALDEZ, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 20-CV-1568 TWR (KSC)<br><br>**ORDER GRANTING PLAINTIFF JOELSON'S MOTIONS FOR (1) EXTENSION OF TIME, AND (2) FOR LEAVE TO FILE ELECTRONICALLY**<br><br>(ECF Nos. 8, 10) |

Presently before the Court are Plaintiff Maxwell Joelson's Motions for Leave to (1) Extend the Filing of the First Amended Complaint ("Mot. to Extend," ECF No. 8) and (2) File Electronic Filings with this Court ("CM/ECF Mot.," ECF No. 10). As for the Motion to Extend, Plaintiff Joelson requests a thirty-day extension of time to file his First Amended Complaint because "he is seeking leave and authorization . . . to e-file . . . and the causes of action . . . are complex." (Mot. to Extend at 1.) Good cause appearing, the Court **GRANTS** Plaintiff Joelson's Motion to Extend (ECF No. 8). Accordingly, Plaintiff Joelson **MAY FILE** his amended complaint on or before January 4, 2021. *Should Plaintiff Joelson fail to file an amended complaint within the time provided, the Court may enter a final order dismissing without prejudice this civil action as to him for failure to prosecute.*

  Regarding the CM/ECF Motion, generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (Sept. 15, 2020). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* The manual refers to the Court's official web site for CM/ECF technical specifications, *id.* at § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. United States District Court, Southern District of California, CM/ECF Information: General Information, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited November 23, 2020).

  Here, Plaintiff Joelson indicates that he has been granted leave to file electronically in both the Central District of California and the Ninth Circuit. (CM/ECF Mot. at 1.) Plaintiff Joelson adds that he "has an e-mail . . . , access to equipment and software to prepare documents for filing in the PDF format . . . , and a pacer account." (*Id.*) Further, "considering Joelson['s] penury . . . , the e-filing would be of great help in saving him monies for copies and postal stamps." (*Id.*) While the information provided by Plaintiff Joelson is incomplete in some respects, the Court is convinced that he may easily remedy any deficiencies, if in fact they are not already met. Accordingly, the Court **GRANTS** Plaintiff Joelson's CM/ECF Motion (ECF No. 10), and Plaintiff Joelson **SHALL**

1 **REGISTER** as a user with the Clerk's Office and as a subscriber per U.S. District Court
2 for the Southern District of California Electronic Case Filing Administrative Policies and
3 Procedures Manual Section 2(b).
4      **IT IS SO ORDERED.**

6 Dated: November 24, 2020

                                                  Honorable Todd W. Robinson
                                                  United States District Court